## EX PARTE JOHNS v. THE STATE.

(Decided November 11, 1915.)·

CERTIORARI to Court of Appeals.

A. G. SEAY, for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Petition of Sherman Johns for certiorari to the Court of Appeals to review the judgment of that court in the case of *Johns v. State*, 13 Ala. App. 283, 69 South. 259. Writ denied.